**No. P67/210.**—W. T. Grant Co. *v.* United States, protest 66/15926 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of bicycle horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiff was sustained.

(NOTE: The following protests were decided by a special second division consisting of Rao, Ford, and Landis, Judges.)